UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **IRINA IAGUDINA #A249-137-816** | **CASE NO. 6:25-CV-01659 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 2] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 2] be **ADOPTED** and that the petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because petitioner's claims are moot.

**THUS DONE AND SIGNED** in Chambers on the 23rd day of January, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**